

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00369-CV

| | | |
|---|---|---|
| CENTURY SPORTS WEARS, INC. D/B/A WYNFORD WHOLESALE, PERVEZ DAREDIA, AND SHARAF DAREDIA, Appellant | § § § § § § | On Appeal from the 362nd District Court of Denton County (19-3906-362) February 20, 2020 Opinion by Chief Justice Sudderth |
| V. | | |
| WALLIS BANK F/K/A WALLIS STATE BANK | | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Bonnie Sudderth
      Chief Justice Bonnie Sudderth